IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Emmanuel McCowan, | NO. C 04-00829 JW |
|         Plaintiff(s), | **ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |
| v. | |
| Silvia Garcia, Warden, | |
|         Defendant(s). | |

On August 12, 2005, the Court issued an Order denying Emmanuel McCowan's Petition for a Writ of Habeas Corpus. On September 8, 2005, Petitioner filed a notice of appeal and request for a certificate of appealability. Pursuant to 28 U.S.C. section 2253(c)(1), there shall be no right of appeal unless a judge issues a certificate of appealability. The Court denies Petitioner's request for a certificate of appealability because Petitioner has failed to make the requisite "substantial showing of the denial of a constitutional right." 28 U.S.C. section 2253(c)(2).

Dated: September 21, 2005

04cv829denycert

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Gretsch cgrets@hotmail.com
Morris Beatus morris.beatus@doj.ca.gov
Peggy S. Ruffra peggy.ruffra@doj.ca.gov

**Dated:   September 22, 2005**                                      **Richard W. Wieking, Clerk**

                                         **By:   /s/JW Chambers**
                                                   **Ronald L. Davis**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California